**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**PEGGY BAPTISTE,**

     **Plaintiff,**

**v.**                                                          **Case No:5:13-CV-71-Oc-22PRL**

**THE CENTERS, INC.**

     **Defendant.**

_____

## ORDER

This matter is before the Court on Plaintiff's Motion to Quash Subpoenas to Non-Parties

or, in the Alternative, Motion for Protective Order and for Interim Order Pending Ruling. (Doc.

20).  Defendant has filed a response in which it represents that it is willing to work with Plaintiff

to discuss and narrow the scope of the subpoenas.  (Doc. 22).

Upon due consideration, the Court will **DEFER** ruling on the Motion at this time so that

the parties can confer in a **good faith effort** to resolve the issues raised by the Motion.  On or

before **June 7, 2013**, Plaintiff shall file a notice advising the Court what, if any, issues remain to

be resolved by the Court.  Plaintiff's Motion for Leave to File a Reply (Doc. 23) is **DENIED**.

**DONE** and **ORDERED** in Ocala, Florida on May 23, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties