# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**PEGGY BAPTISTE,**

 **Plaintiff,**

**v.**                 **Case No: 5:13-cv-71-Oc-22PRL**

**THE CENTERS, INC.**

 **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's First Motion to Compel Discovery for the Overruling or Striking of Defendant's General Objections to Plaintiff's Discovery Requests. (Doc. 27). Defendant filed a response (Doc. 32) and Plaintiff filed a reply thereto (Doc. 38).

At issue here are Defendant's responses to Plaintiff's first sets of interrogatories and requests for production. Defendant lists 4 general objections prior to answering any of the interrogatories or responding to the requests for production. These general objections include that the interrogatories and requests for production: (1) violate or invade the attorney-client privilege or work product; (2) are overbroad, vague, and ambiguous; (3) seek information neither relevant to the issue in this lawsuit nor reasonably calculated to lead to the discovery of admissible evidence or are harassing and/or unreasonable; and (4) seek information that may be determined by examining, auditing, compiling, abstracting or summarizing Plaintiff's own records, where the burden of deriving or ascertaining the location of the documents is substantially the same or less burdensome to Plaintiff than Defendant. (Doc. 27-2). Defendant also reserved the right to supplement the responses and objections as may be appropriate.

- 2 -

Defendant then answered the interrogatories and production requests "subject to" and "without waiving" the objections. Plaintiff contends that Defendant's general objections have been waived and should be overruled or stricken. Plaintiff does not otherwise challenge the sufficiency of Defendant's discovery responses.

When an answer accompanies an objection, the objection is deemed waived, and the answer, if responsive, stands. *Sewell v. D'Alessandro & Woodyard, Inc.*, No. 2:07-cv-343-FtM-29SPC, 2011 WL 1232347, at *1-2 (M.D. Fla. March 30, 2011). Here, Defendant represents that despite making its statement of general objections, it has produced all information and documentation relevant to Plaintiff's claims in this lawsuit and that it has not withheld any responsive information or documentation based upon the general objections. (Doc. 32). Accordingly, Defendant's general objections to Plaintiff's first sets of interrogatories and requests for production are waived.

Plaintiff's Motion (Doc. 27) is **GRANTED** to the extent that Defendant's general objections to Plaintiff's first sets of interrogatories and requests for production are **OVERRULED**. The Court declines to award fees and costs, but cautions the parties that they are expected to work together in a professional and good faith effort to resolve future discovery disputes.

**DONE** and **ORDERED** in Ocala, Florida on August 16, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record